EX PARTE ANTONIO RODRIGUEZ.

No. 22246. Delivered November 11, 1942.

The opinion states the case.

*Julian La Crosse,* of Del Rio, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

The question sought to be presented on appeal is moot, as appears from the opinion in No. 22,224 Ex parte Maria Sanchez. (Page 48 of this volume.)

The appeal is dismissed.